IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-974 |
| | : | |
| DANIEL SILVERMAN, et al. | : | |

### ORDER

AND NOW, this 16th day of December, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants Ronald Rossi, Dale Meisel, Nancy Afflerbach, and Nat Carrion's Rule 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint (Document 21) is GRANTED.

It is further ORDERED Plaintiff James Williams's Amended Complaint is DISMISSED as follows:

- Williams's claims against Officer Carrion for sexual abuse and failure to protect, against Sheriff Rossi for excessive force, and against the LCP staff for verbal harassment are dismissed with prejudice.

- Williams's claims against Deputy Warden Afflerbach for interference with his access to the courts, violation of his procedural due process rights, and conspiracy, against Officer Carrion for interference with his access to the courts and retaliation, and against Warden Meisel for interference with mail are dismissed without prejudice. Williams shall have until January 16, 2014, to file an amended complaint that addresses the deficiencies in these claims identified in the accompanying Memorandum. Failure to file an amended complaint by January 16, 2014, will result in dismissal those claims with prejudice.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.